In re C. N. NELSON LUMBER COMPANY.[1]

May 29, 1895.

Nos. 9373—(62).

Case certified from the district court for Carlton county.

*Alpheus Woodward*, County Attorney, and *W. Hammons*, for plaintiff.

*Warner, Richardson & Lawrence* and *Henry Oldenberg*, for defendant.

CANTY, J. The same questions are involved in this case as in the foregoing (In re Cloquet Lumber Co. supra, p. 233), and the order of the lower court is affirmed.